UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

OMEGA FUNDING SOLUCTIONS, LLC,  :  23-cv-8975 (SHS)

                Plaintiff,  :  <u>ORDER</u>

   -against-  :

REIFMAN LAW FIRM P.L.L.C., and STEVEN  :
WILLIAM REIFMAN,

                Defendants.  :
------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      In an Order dated October 16, 2023, the initial pretrial conference in this matter was set for January 11, 2024, at 10:00 a.m. in Courtroom 23A [Doc. No. 6]. No one appeared at 10:00 a.m. The Court telephoned plaintiff's attorney and spoke with attorney Amanda Mehr who represented to the Court that the parties in this matter are in active discussions in an attempt to resolve this matter.

      IT IS HEREBY ORDERED that if a stipulation of dismissal is not filed before April 18, 2024, there will be a status conference in this matter on April 18, 2024, at 11:00 a.m.

Dated: New York, New York
       January 11, 2024

                              SO ORDERED:

                              _____
                              Sidney H. Stein, U.S.D.J.