UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OMEGA FUNDING SOLUTIONS LLC,

    Plaintiff,

v.

REIFMAN LAW FIRM P.L.L.C. and STEVEN WILLIAM REIFMAN,

    Defendants.

Case No. 1:23-cv-08975-SHS

[~~PROPOSED~~] **DEFAULT JUDGMENT AGAINST DEFENDANTS**

---

This action having been commenced on October 12, 2023 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the Defendants on October 26, 2023 and a proof of service having been filed on November 1, 2023 and the Defendants not having answered the Complaint, and the time for answering the Complaint having expired, ~~it is~~ *and plt having moved on notice for a default judgment with supporting affidavits and a memorandum of law, and the Clerk of Court having issued a Clerk's Certificate of Default, and no one appearing for defs. in courtroom 23A on March 14, 2024 at 11:30 AM, it is hereby*

ORDERED, ADJUDGED AND DECREED:

(1) That judgment is hereby entered against the Defendants Reifman Law Firm P.L.L.C. and Steven William Reifman, jointly and severally, in the amount of $161,878.81, together with pre-judgment interest at a rate of 9% to accrue beginning August 1, 2023 through the date of this judgment; AND

(2) That additional judgment is hereby entered Defendant Reifman Law Firm P.L.L.C. for $22,334.66 in attorneys' costs and fees.

Dated: March 14, 2024

                                                       */s/ Sidney H. Stein*
                                                    SIDNEY H. STEIN
                                                    United States District Judge